IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID C. KLING, | ) | |
| | ) | Civil Action No. 21 – 16 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| SCI FAYETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

David C. Kling ("Plaintiff") has mailed to the Court a letter addressed to Chief District Judge Mark R. Hornak, who instructed the Clerk to file it as a civil rights complaint in a new case. The Clerk of Court thus filed it at the above actioned case number. It unclear whether Plaintiff intended this letter to act as a civil rights complaint, but, assuming that he did, this case may not proceed unless he either,

(1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $402.00, or,

(2) files a properly completed application to proceed *in forma pauperis*, along with an authorization form and a certified copy of his prison account statement for the six (6) months preceding the filing of the complaint. An application to proceed *in forma pauperis* and authorization form are enclosed.

Therefore,

**IT IS HEREBY ORDERED** this 6th day of January, 2021, that the Clerk of Court mark this case **CLOSED**.

1

**IT IS FURTHER ORDERED** that the Plaintiff may submit a motion to proceed *in forma pauperis*, along with a certified copy of the inmate account statement for the six (6) months preceding the filing of the complaint. If that motion is granted, the case will be reopened.

**IT IS FURTHER ORDERED** that in lieu of filing a motion to proceed *in forma pauperis*, the Plaintiff may also reopen this case by paying the $402.00 filing fee.

**AND IT IS FURTHER ORDERED** that Plaintiff is allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules. Failure to appeal within fourteen (14) days may constitute waiver of the right to appeal.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc:   David C. Kling
      HR4718
      SCI Fayette
      50 Overlook Drive
      LaBelle, PA  15450